FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   Case No.: CR-09-939-GW
                           )
            Plaintiff,     )
                           )
      vs.                  )   ORDER OF DETENTION AFTER HEARING
                           )   [Fed.R.Crim.P. 32.1(a)(6);
                           )    18 U.S.C. 3143(a)]
Louie Mora, Defendant.     )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of CA</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   (X)   The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>absence of well verified background information and nature and seriousness of violation.</u>

B. (X) The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _prior criminal history and nature and seriousness of current allegations._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/17/13

_Carla M. Woehrle_
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE